# UNITED STATES DISTRICT COURT

for the

Eastern District of California

| | | |
|---|---|---|
| Magen Melissa Vennor<br>*Plaintiff*<br>v.<br>Paidwork, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>) | Case No. 2:26-cv-02578-DC-CSK |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Magan Melissa Vennor .

Date: 08/20/2026

/s/ Tina Wolfson
*Attorney's signature*

Tina Wolfson (SBN 174806)
*Printed name and bar number*

Ahdoot & Wolfson, PC
2600 W. Olive Ave., Suite 500
Burbank CA 91505
*Address*

twolfson@ahdootwolfson.com
*E-mail address*

(310) 474-9111
*Telephone number*

(310) 474-8585
*FAX number*